UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PRECIOUS FULLER,

        Plaintiff,

                              Case No: 2:16-cv-11833
v                              Hon: Denise Page Hood

HAMILTON CLINIC,

        Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S
## CAUSE OF ACTION AND CLOSING CASE

On April 24, 2017, the Court held a hearing on Plaintiff's Motion to Approve Settlement and Distribution of Proceeds. As a result of that hearing, the Court approved the settlement and distribution of settlement proceeds, as set forth in a prior order. The settlement and distribution of settlement proceeds resolved the last pending claim in this case. Accordingly, the Court ORDERS that Plaintiff's cause of action is DISMISSED and CLOSES this case.

        IT IS ORDERED.

                              S/Denise Page Hood
                              Denise Page Hood
                              Chief Judge, United States District Court

Dated: April 27, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 27, 2017, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager